## UNITED STATES *v.* CHAMBERS.

---

## SAME *v.* WALLINGSFORD.

---

## SAME *v.* JACKSON.

---

## SAME *v.* WHITLEY.

---

## SAME *v.* FLEET.

---

Nos. 1057, 1058, 1059, 1060 and 1061.  Submitted April 9, 1901.  Decided May 22, 1901.

Mr. Chief Justice ALVEY delivered the opinion of the Court:

In the several foregoing cases, it has been stipulated and agreed that the determination thereof shall follow and be

the same as the determination of No. 1056, the case of *United States* v. *Lewis Davis,* just decided. As that case is reversed and remanded to the court below, the same judgment will be entered in the several above-entitled cases; and it is so ordered.

*Orders appealed from reversed and causes remanded.*

Mr. Justice SHEPARD dissented.